HOGSED v. RAY

No. 118P88.

Case below: 88 N.C. App. 673.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

HOWELL v. NATIONWIDE MUT. INS. CO.

No. 126P88.

Case below: 88 N.C. App. 612.

Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

IN RE CONDITIONAL APPROVAL OF
    CERTIFICATE OF NEED

No. 100P88.

Case below: 88 N.C. App. 563.

Petition by Britthaven, Inc. for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

IN RE FORECLOSURE OF ALLAN &
    WARMBOLD CONSTR. CO.

No. 120P88.

Case below: 88 N.C. App. 693.

Petition by Robert R. Rhyne, Jr. for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

IN RE LYNETTE H.

No. 252P88.

Case below: 90 N.C. App. 373.

Petition for temporary stay filed by the State is allowed 6 June 1988 pending receipt and consideration of the State's notice of appeal, or petition for discretionary review, or both. The State shall, within 10 days of the date of this order, file a brief in support of its petition for supersedeas, and respondent may file a responsive brief within 10 days of the filing of the State's brief.